**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JULIAN DE LOS SANTOS SERRANO,<br><br>       Petitioner,<br><br>   v.<br><br>DAVID A. MARIN, et al.,<br><br>       Respondents. | No. 5:26-cv-02015-SSS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections have been filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The action is dismissed without prejudice for failure to prosecute and to follow court orders;

3. Judgment shall be entered consistent with this Order; and

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  June 30, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2