JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

|  |  |
|---|---|
| JULIAN DE LOS SANTOS SERRANO, | No. 5:26-cv-02015-SSS-BFM |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID A. MARIN, | |
| Respondent. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for failure to prosecute and to follow court orders. The Clerk of Court is directed to close this case.

DATED: June 30, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE